# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:19–cv–06717–AB–MRW

Poonam Subbaiah v. Geico General Insurance Company et al
Assigned to: Judge Andre Birotte Jr
Referred to: Magistrate Judge Michael R. Wilner
Case in other court:  Los Angeles County Superior Court, 19STCV23085
Cause: 28:1441 Notice of Removal – Insurance Contract

Date Filed: 08/02/2019
Date Terminated: 12/11/2019
Jury Demand: Plaintiff
Nature of Suit: 110 Insurance
Jurisdiction: Diversity

**Plaintiff**

**Poonam Subbaiah**
*an individual, on behalf of herself and all others similarly situated*

represented by **Behram V Parekh**
Kirtland and Packard LLP
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
310–536–1000
Fax: 310–536–1001
Email: bvp@kirtlandpackard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Connor M Karen**
Kirkland and Ellis LLP
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
310–536–1000
Fax: 310–536–1001
Email: cmk@kirtlandpackard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua Adam Fields**
Kirtland and Packard LLP
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
310–536–1000
Fax: 310–536–1001
Email: jf@kirtlandpackard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L Kelly**
Kirtland and Packard LLP
1638 South Pacific Coast Highway
Redondo Beach, CA 90277
310–536–1000
Fax: 310–536–1001
Email: mlk@kirtlandpackard.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Movant**

Martisha Ann Munoz             represented by    **Annick Marie Persinger**
Tycko and Zavareei LLP
1970 Broadway Suite 1070
Oakland, CA 94612
510−254−6808
Fax: 202−973−0950
Email: apersinger@tzlegal.com
*ATTORNEY TO BE NOTICED*

**Edmund A Normand**
Normand PLLC
3165 McCrory Place Suite 175
Orlando, FL 32803
407−603−6031
Fax: 888−974−2175
Email: ed@normandpllc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacob L Phillips**
Normand PLLC
3165 McCrory Place Suite 175
Orlando, FL 32803
407−603−6031
Fax: 888−974−2175
Email: jacob.phillips@normandpllc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Michael Vincent Stewart**
Moneymaker and Stewart LLP
14201 Pacific Coast Highway Suite 14201
Dana Point, CA 92629
949−668−0611
Fax: 949−396−2841
Email: rstewart@moneymakerlaw.net
*ATTORNEY TO BE NOTICED*

**Movant**

Cindy Ventrice−Pearson           represented by    **Annick Marie Persinger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edmund A Normand**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacob L Phillips**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan Michael Vincent Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Geico General Insurance Company**                 represented by   **Ian Scott Shelton**
*an Iowa corporation*                                                Eversheds Sutherland LLP
                                                                     500 Capitol Mall Suite 2350
                                                                     Sacramento, CA 95814
                                                                     916−844−2965
                                                                     Fax: 916−241−0501
                                                                     Email: IanShelton@eversheds−sutherland.com
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Alexander Fuchs**
                                                                     Eversheds Sutherland LLP
                                                                     1114 Avenue of the Americas 40th Floor
                                                                     New York, NY 10036
                                                                     212−389−5000
                                                                     Fax: 212−389−5099
                                                                     Email: alexfuchs@eversheds−sutherland.com
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Joseph R Ashby**
                                                                     Sergenian Ashby LLP
                                                                     1055 West Seventh Street 33rd Floor
                                                                     Los Angeles, CA 90017
                                                                     323−318−7771
                                                                     Fax: 323−248−8989
                                                                     Email: joseph@sergenianashby.com
                                                                     *ATTORNEY TO BE NOTICED*

                                                                     **Kymberly Kochis**
                                                                     Eversheds Sutherland LLP
                                                                     1114 Avenue of the Americas 40th Floor
                                                                     New York, NY 10036
                                                                     212−389−5000
                                                                     Fax: 212−389−5099
                                                                     Email: kymkochis@eversheds−sutherland.com
                                                                     *PRO HAC VICE*
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1−50, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2019 | Ï 1 | NOTICE OF REMOVAL from Superior Court of Los Angeles, case number 19STCV23085 Receipt No: 0973–24192583 – Fee: $400, filed by Defendant Geico General Insurance Company. (Attachments: # 1 Exhibit 1 – State Court Class Action Complaint, # 2 Exhibit 2 – Proof of Service of Courts Orders) (Attorney Ian Scott Shelton added to party Geico General Insurance Company(pty:dft))(Shelton, Ian) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 2 | CIVIL COVER SHEET filed by Defendant Geico General Insurance Company. (Shelton, Ian) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 3 | CERTIFICATE of Interested Parties filed by Defendant Geico General Insurance Company, identifying Government Employees Insurance Company, GEICO Corporation, Berkshire Hathaway, Inc.. (Shelton, Ian) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 4 | NOTICE of Pendency of Other Actions or Proceedings filed by Defendant Geico General Insurance Company. (Shelton, Ian) (Entered: 08/02/2019) |
| 08/02/2019 | Ï | CONFORMED COPY OF COMPLAINT against defendants Does, Geico General Insurance Company, Jury Demand, filed by plaintiff Poonam Subbaiah. (Filed in state court 7/3/19, submitted as document 1, attachment 1, p. 4) (esa) (Entered: 08/02/2019) |
| 08/02/2019 | Ï | COPY OF SERVICE OF PROCESS TRANSMITTAL executed by Plaintiff Poonam Subbaiah, upon Defendant Geico General Insurance Company served on 7/5/2019. Service of the Summons and Complaint were executed upon CT Corporation System, Agent for Process of Service, by service on a domestic corporation, unincorporated association, or public entity. Original Summons NOT returned. (non–conformed, submitted as document 1, attachment 1, p. 2) (esa) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Andre Birotte Jr and Magistrate Judge Jean P. Rosenbluth. (esa) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 6 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (esa) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 7 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non–Resident Attorney Kymberly Kochis. A document recently filed in this case lists you as an out–of–state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G–64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (esa) (Entered: 08/02/2019) |
| 08/02/2019 | Ï 8 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non–Resident Attorney Alexanderr Fuchs. A document recently filed in this case lists you as an out–of–state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G–64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (esa) (Entered: 08/02/2019) |
| 08/05/2019 | Ï 9 | |

| | | |
|---|---|---|
| | | STANDING ORDER upon filing of the complaint by Judge Andre Birotte Jr. (cb) (Entered: 08/05/2019) |
| 08/05/2019 | 10 | ORDER RETURNING CASE FOR REASSIGNMENT UPON RECUSAL by Magistrate Judge Jean P. Rosenbluth. ORDER case returned to the Clerk for random reassignment Discovery pursuant to General Order 05–07. Case randomly reassigned from Magistrate Judge Jean P. Rosenbluth to Magistrate Judge Michael R. Wilner for all further proceedings. The case number will now reflect the initials of the transferee Judge 2:19–cv–06717 AB(MRWx). (rn) (Entered: 08/05/2019) |
| 08/09/2019 | 11 | NOTICE of Appearance filed by attorney Joseph R Ashby on behalf of Defendant Geico General Insurance Company (Attorney Joseph R Ashby added to party Geico General Insurance Company(pty:dft))(Ashby, Joseph) (Entered: 08/09/2019) |
| 08/09/2019 | 12 | APPLICATION of Non–Resident Attorney Kymberly Kochis to Appear Pro Hac Vice on behalf of Defendant Geico General Insurance Company (Pro Hac Vice Fee – $400 Fee Paid, Receipt No. 0973–24235459) filed by Defendant Geico General Insurance Company. (Attachments: # 1 Proposed Order) (Ashby, Joseph) (Entered: 08/09/2019) |
| 08/09/2019 | 13 | APPLICATION of Non–Resident Attorney Alexander P. Fuchs to Appear Pro Hac Vice on behalf of Defendant Geico General Insurance Company (Pro Hac Vice Fee – $400 Fee Paid, Receipt No. 0973–24235610) filed by Defendant Geico General Insurance Company. (Attachments: # 1 Proposed Order) (Ashby, Joseph) (Entered: 08/09/2019) |
| 08/09/2019 | 14 | STIPULATION for Extension of Time to File Answer to 9/6/2019, STIPULATION Extending Time to Answer the complaint as to Poonam Subbaiah answer now due 8/9/2019, filed by plaintiff Poonam Subbaiah.(Fields, Joshua) (Entered: 08/09/2019) |
| 08/09/2019 | 15 | STIPULATION to Waive Local Rule 23–3 filed by plaintiff Poonam Subbaiah. (Attachments: # 1 Proposed Order)(Fields, Joshua) (Entered: 08/09/2019) |
| 08/12/2019 | 16 | ORDER by Judge Andre Birotte Jr. Granting Application of Non–Resident Attorney Kymberly Kochis to Appear Pro Hac Vice on behalf of Defendant GEICO General Insurance Company, designating Joseph R. Ashby as local counsel 12 . (gk) (Entered: 08/13/2019) |
| 08/12/2019 | 17 | ORDER by Judge Andre Birotte Jr. Granting Application of Non–Resident Attorney Alexander P. Fuchs to Appear Pro Hac Vice on behalf of Defendant GEICO General Insurance Company, designating Joseph R. Ashby as local counsel 13 . (gk) (Entered: 08/13/2019) |
| 08/12/2019 | 18 | ORDER GRANTING STIPULATION TO WAIVE LOCAL RULE 23–3 by Judge Andre Birotte Jr.: Upon Stipulation 15 , it is hereby ORDERED that the Plaintiff is relieved from the Local Rule 23–3 deadline. When the parties filed their Joint Rule 26(f) Report, the parties shall also file a separate stipulation and proposed order setting forth their agreed–upon schedule on the class certification motion. (gk) (Entered: 08/13/2019) |
| 09/06/2019 | 19 | NOTICE OF MOTION AND MOTION to Compel Arbitration, NOTICE OF MOTION AND MOTION to Dismiss Case *Motion to Compel Appraisal and Dismiss or Stay the Case* filed by Defendant Geico General Insurance Company. Motion set for hearing on 10/11/2019 at 10:00 AM before Judge Andre Birotte Jr. (Attachments: # 1 Affidavit of Ian S. Shelton, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order) (Shelton, Ian) (Entered: 09/06/2019) |
| 09/09/2019 | 20 | ORDER SETTING SCHEDULING CONFERENCE by Judge Andre Birotte Jr. Scheduling Conference set for 2/7/2020 at 10:00 AM before Judge Andre Birotte Jr. (cb) (Entered: 09/09/2019) |
| 09/10/2019 | 21 | NOTICE OF MOTION AND MOTION to Intervene *and to Dismiss* filed by Proposed Intervenors Martisha Ann Munoz, Cindy Ventrice–Pearson. Motion set for hearing on 10/25/2019 at 10:00 AM before Judge Andre Birotte Jr. (Attachments: # 1 Memorandum, # 2 Declaration, # 3 Proposed |

| | | |
|---|---|---|
| | | Order, # 4 Proof of Service) (Attorney Annick Marie Persinger added to party Martisha Ann Munoz(pty:intv), Attorney Annick Marie Persinger added to party Cindy Ventrice–Pearson(pty:intv)) (Persinger, Annick) (Entered: 09/10/2019) |
| 09/20/2019 | 22 | First AMENDED COMPLAINT against Defendants Does, Geico General Insurance Company amending Complaint – (Discovery), filed by plaintiff Poonam Subbaiah (Attachments: # 1 Exhibit A)(Fields, Joshua) (Entered: 09/20/2019) |
| 09/20/2019 | 23 | NOTICE of Interested Parties filed by plaintiff Poonam Subbaiah, identifying Geico General Insurance Company. (Fields, Joshua) (Entered: 09/20/2019) |
| 09/23/2019 | 24 | (IN CHAMBERS) ORDER DEEMING MOTION TO COMPEL APPRAISAL AND DISMISS OR STAY THE CASE BY DEFENDANT GEICO GENERAL INSURANCE COMPANY (Dkt. No. 19 ); and MOTION TO INTERVENE AND TO DISMISS OR, IN THE ALTERNATIVE TO STAY OR TRANSFER (Dkt. No. 21 ) AS MOOT by Judge Andre Birotte Jr.: In light of the First Amended Complaint (Dkt. No. 22 ), the motions are DENIED as MOOT, and the hearings scheduled for October 11, 2019, and October 25, 2019, are hereby VACATED. IT IS SO ORDERED.(cb) (Entered: 09/23/2019) |
| 09/26/2019 | 25 | Second NOTICE OF MOTION AND MOTION to Intervene *and to Dismiss* filed by Intervenor Martisha Ann Munoz, Cindy Ventrice–Pearson. Motion set for hearing on 11/8/2019 at 10:00 AM before Judge Andre Birotte Jr. (Attachments: # 1 Memorandum, # 2 Declaration, # 3 Proposed Order, # 4 Proof of Service) (Persinger, Annick) (Entered: 09/26/2019) |
| 10/04/2019 | 26 | NOTICE OF MOTION AND MOTION to Compel Arbitration, NOTICE OF MOTION AND MOTION to Dismiss Case , NOTICE OF MOTION AND MOTION to Stay Case pending Appraisal *Motion to Compel Appraisal and Dismiss the First Amended Complaint or Stay the Case* filed by Defendant Geico General Insurance Company. Motion set for hearing on 11/8/2019 at 10:00 AM before Judge Andre Birotte Jr. (Attachments: # 1 Affidavit of Ian S. Shelton, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order) (Shelton, Ian) (Entered: 10/04/2019) |
| 10/10/2019 | 27 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non–Resident Attorney Edmand A. Normand. A document recently filed in this case lists you as an out–of–state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G–64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (gk) (Entered: 10/10/2019) |
| 10/10/2019 | 28 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non–Resident Attorney Jacob L. Phillips. A document recently filed in this case lists you as an out–of–state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G–64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (gk) (Entered: 10/10/2019) |
| 10/10/2019 | 29 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non–Resident Attorney Scott Edelsberg. A document recently filed in this case lists you as an out–of–state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to |

| | | |
|---|---|---|
| | | appear Pro Hac Vice (Form G–64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (gk) (Entered: 10/10/2019) |
| 10/17/2019 | 30 | APPLICATION of Non–Resident Attorney Edmund A. Normand to Appear Pro Hac Vice on behalf of Movants Martisha Ann Munoz, Cindy Ventrice–Pearson (Pro Hac Vice Fee – $400 Fee Paid, Receipt No. 0973–24626746) filed by Intervenor Martisha Ann Munoz, Cindy Ventrice–Pearson. (Attachments: # 1 Proposed Order) (Attorney Ryan Michael Vincent Stewart added to party Martisha Ann Munoz(pty:mov), Attorney Ryan Michael Vincent Stewart added to party Cindy Ventrice–Pearson(pty:mov)) (Stewart, Ryan) (Entered: 10/17/2019) |
| 10/17/2019 | 31 | APPLICATION of Non–Resident Attorney Jacob L. Phillips to Appear Pro Hac Vice on behalf of Movants Martisha Ann Munoz, Cindy Ventrice–Pearson (Pro Hac Vice Fee – $400 Fee Paid, Receipt No. 0973–24626785) filed by Intervenor Martisha Ann Munoz, Cindy Ventrice–Pearson. (Attachments: # 1 Proposed Order) (Stewart, Ryan) (Entered: 10/17/2019) |
| 10/18/2019 | 32 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Compel Arbitration NOTICE OF MOTION AND MOTION to Dismiss Case NOTICE OF MOTION AND MOTION to Stay Case pending Appraisal *Motion to Compel Appraisal and Dismiss the First Amended Complaint or Stay the Case* 26 filed by Plaintiff Poonam Subbaiah. (Attachments: # 1 Declaration of Joshua A. Fields, # 2 Exhibit A to Fields Declaration, # 3 Declaration of Poonam Subbaiah, # 4 Exhibit A to Subbaiah Declaration, # 5 Exhibit B to Subbaiah Declaration, # 6 Exhibit C to Subbaiah Declaration, # 7 Exhibit D to Subbaiah Declaration, # 8 Exhibit E to Subbaiah Declaration, # 9 Exhibit F to Subbaiah Declaration, # 10 Exhibit G to Subbaiah Declaration)(Fields, Joshua) (Entered: 10/18/2019) |
| 10/18/2019 | 33 | MEMORANDUM in Opposition to Second NOTICE OF MOTION AND MOTION to Intervene *and to Dismiss* 25 filed by Plaintiff Poonam Subbaiah. (Attachments: # 1 Declaration of Joshua A. Fields, # 2 Exhibit A to Fields Declaration, # 3 Exhibit B to Fields Declaration, # 4 Exhibit C to Fields Declaration, # 5 Exhibit D to Fields Declaration)(Fields, Joshua) (Entered: 10/18/2019) |
| 10/22/2019 | 34 | ORDER by Judge Andre Birotte Jr: granting 30 Non–Resident Attorney Edmond A. Normand APPLICATION to Appear Pro Hac Vice on behalf of Martisha Munoz and Cindy Ventrice–Person, designating Ryan Stewart as local counsel. (yl) (Entered: 10/24/2019) |
| 10/22/2019 | 35 | ORDER by Judge Andre Birotte Jr: granting 31 Non–Resident Attorney Jacob L. Phillips APPLICATION to Appear Pro Hac Vice on behalf of Martisha Ann–Munoz and Cindy Ventrice–Pearson, designating Ryan Stewart as local counsel. (yl) (Entered: 10/24/2019) |
| 10/25/2019 | 36 | REPLY in Support of NOTICE OF MOTION AND MOTION to Compel Arbitration NOTICE OF MOTION AND MOTION to Dismiss Case NOTICE OF MOTION AND MOTION to Stay Case pending Appraisal *Motion to Compel Appraisal and Dismiss the First Amended Complaint or Stay the Case* 26 filed by Defendant Geico General Insurance Company. (Attachments: # 1 Declaration of Ian S. Shelton, # 2 Exhibit A)(Shelton, Ian) (Entered: 10/25/2019) |
| 10/25/2019 | 37 | REPLY in Support of Second NOTICE OF MOTION AND MOTION to Intervene *and to Dismiss* 25 filed by Movants Martisha Ann Munoz, Cindy Ventrice–Pearson. (Attachments: # 1 Proof of Service)(Persinger, Annick) (Entered: 10/25/2019) |
| 10/25/2019 | 38 | RESPONSE filed by Pro Hac Vice attorney on behalf of Plaintiff Poonam Subbaiah. RE: Notice of Filing Fee Due. PHV fee N/A. Attorney will not be appearing as attorney of record on this case. (lt) (Entered: 10/25/2019) |
| 11/06/2019 | 39 | (IN CHAMBERS) ORDER CONTINUING 1) PLAINTIFFS' MOTION TO INTERVENE AND TO DISMISS OR, IN THE ALTERNATIVE TO STAY OR TRANSFER 25 ; 2) MOTION TO COMPEL APPRAISAL AND DISMISS THE FIRST AMENDED COMPLAINT OR STAY THE |

| | | |
|---|---|---|
| | | CASE BY DEFENDANT GEICO GENERAL INSURANCE COMPANY 26 by Judge Andre Birotte Jr. This Court, on its own motion, hereby continues the hearing regarding these motions from November 8, 2019 to Friday, December 6, 2019 at 10:00 am before Judge Andre Birotte Jr. IT IS SO ORDERED.THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cb) TEXT ONLY ENTRY (Entered: 11/06/2019) |
| 11/20/2019 | 40 | Joint NOTICE OF MOTION AND MOTION to Continue Hearing from December 6, 2019 to December 13, 2019 Re: Text Only Scheduling Notice,, 39 filed by Defendant Geico General Insurance Company. Motion set for hearing on 12/6/2019 at 10:00 AM before Judge Andre Birotte Jr. (Attachments: # 1 Proposed Order) (Kochis, Kymberly) (Entered: 11/20/2019) |
| 11/25/2019 | 41 | ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF HEARING DATE by Judge Andre Birotte Jr.: It is hereby ORDERED that the parties' Joint Motion for Continuance of Hearing Date 40 is GRANTED. The hearing on Defendant GEICO General Insurance Company's Motion to Compel Appraisal and Dismiss or Stay the Case, and Intervener–Plaintiffs' Motion to Intervene and to Dismiss, or in the Alternative, Stay the Case 26 is hereby continued to 12/13/2019 at 10:00 AM before Judge Andre Birotte Jr. (gk) (Entered: 11/26/2019) |
| 12/02/2019 | 42 | NOTICE of Supplemental Authority filed by Movant Martisha Ann Munoz, Cindy Ventrice–Pearson. (Persinger, Annick) (Entered: 12/02/2019) |
| 12/11/2019 | 43 | ORDER (1) GRANTING IN PART AND DENYING IN PART PROPOSED INTERVENORS' MOTION TO INTERVENE AND TO DISMISS OR, IN THE ALTERNATIVE, TO STAY OR TRANSFER, PURSUANT TO THE FIRST TO FILE RULE, AND (2) DENYING AS MOOT DEFENDANT GEICO'S MOTION TO COMPEL APPRAISAL AND TO DISMISS THE FIRST AMENDED COMPLAINT OR STAY THE CASE by Judge Andre Birotte Jr.: The Court GRANTS IN PART and DENIES IN PART the Proposed Intervenors' Motion to Intervene and TRANSFERS this case to the Northern District of California 25 . Further, the Court DENIES Defendant's Motion to Compel Appraisal 26 as moot. Case electronically transferred. (gk) (Entered: 12/11/2019) |